**IN RE M.L.T.H.**

[364 N.C. 420 (2010)]

IN THE MATTER OF M.L.T.H.

No. 497PA09

(Filed 8 October 2010)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 200 N.C. App. ——, 685 S.E.2d 117 (2009), reversing an order denying a motion to suppress entered on 3 April 2008 by Judge William G. Stewart, vacating a juvenile delinquency adjudication order entered on 5 May 2008 by Judge John Covolo, and remanding this matter to the District Court, Nash County for further proceedings. Heard in the Supreme Court 9 September 2010.

*Roy Cooper, Attorney General, by LaToya B. Powell, Assistant Attorney General, for the State-appellant.*

*Kimberly P. Hoppin for juvenile defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.